AMANDA L. MORGAN (SBN 246277)
amanda.morgan@us.dlapiper.com
**DLA PIPER LLP (US)**
555 Mission St., Suite 2400
San Francisco, CA 94105
Tel.: (415) 615-6058 | Fax: (415) 659-7358

CARYN G. SCHECHTMAN (*Pro Hac Vice forthcoming*)
caryn.schechtman@us.dlapiper.com
**DLA PIPER LLP (US)**
1251 Avenue of the Americas, 27th Floor
New York, NY 10020
Tel.: (212) 335-4500 | Fax: (212) 335-4501

*Attorneys for Defendant*
*Trump Media & Technology Group Corp.*

[*Additional counsel on next page*]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through San Francisco City Attorney DAVID CHIU,<br><br>Plaintiff,<br><br>vs.<br><br>TRUMP MEDIA & TECHNOLOGY GROUP CORP., DOES 1-100,<br><br>Defendants. | Case No.: 3:26-cv-14132<br><br>DECLARATION OF AMANDA L. MORGAN IN SUPPORT OF DEFENDANT TRUMP MEDIA & TECHNOLOGY GROUP CORP.'S REQUEST FOR JUDICIAL NOTICE RE MOTION TO DISMISS COMPLAINT PURSUANT TO RULE 12(B)(6) AND, IN THE ALTERNATIVE, TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404<br><br>Judge: Hon. Peter H. Kang<br>Courtroom: F, 15th Floor (San Francisco)<br>Date: TBD upon reassignment<br>Time: TBD upon reassignment<br><br>Complaint Filed: September 21, 2026 |

ERIC FORNI (*Pro Hac Vice forthcoming*)
eric.forni@us.dlapiper.com
**DLA PIPER LLP (US)**
33 Arch Street, 26th Floor
Boston, MA 02110
Tel.: (617) 406-6000

RACHEL A.H. HORTON (*Pro Hac Vice forthcoming*)
rachel.horton@us.dlapiper.com
MICHAEL GNIWISCH (SBN 348762) (*Pro Hac Vice forthcoming*)
michael.gniwisch@us.dlapiper.com
**DLA PIPER LLP (US)**
1650 Market St., Suite 500
Philadelphia, PA 19103
Tel.: (215) 656-3300

NOORVIK MINASIAN (SBN 332883)
noorvik.minasian@us.dlapiper.com
**DLA PIPER LLP (US)**
2000 Avenue of the Stars, Suite 400
Los Angeles, CA 90067
Tel.: (310) 595-3000

SETH BILLINGSLEY (*Pro Hac Vice forthcoming*)
seth.billingsley@us.dlapiper.com
**DLA PIPER LLP (US)**
1900 N. Pearl Street, Suite 2200
Dallas, TX 75201
Tel.: (214) 743-4536

JOSH HALPERN (*Pro Hac Vice forthcoming*)
jhalpern@jhlegalpllc.com
**JH Legal PLLC**
1100 H Street NW, Suite 840
Washington, DC 20005
Tel.: (610) 405-5531

*Attorneys for Defendant*
*Trump Media & Technology Group Corp.*

I, Amanda L. Morgan, hereby declare as follows:

1. I am a partner with law firm DLA Piper LLP (US), counsel of record for Trump Media & Technology Group Corp. ("TMTG") in this action. I submit this declaration in support of TMTG's Motion to Dismiss Complaint and the accompanying Request for Judicial Notice. I have personal knowledge of the facts set forth in this declaration and if called upon, could and would testify competently thereto.

2. Attached as **Exhibit A** is a true and correct copy of Exhibit 99.1 of the Securities and Exchange Commission CNBC Interview Transcript, dated August 24, 2026. This document is publicly available at https://www.sec.gov/Archives/edgar/data/1849635/000143774926029174/ex_1008428.htm. At my direction, I caused a copy of this document to be accessed and printed on or about November 25, 2026. This document was publicly available through the foregoing URL on September 21, 2026, the date that Plaintiff filed the Complaint and is referenced and/or quoted in paragraph 31 of the Complaint.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed this 25th day of November 2026 at Orinda, California.

*/s/ Amanda L. Morgan*
AMANDA L. MORGAN